UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD P. SANDS, JR.,

          Plaintiff,

vs.                                                  Case No. 8:12-cv-02813-T-27EAJ

SEAN MCGILLEN et al.,

          Defendants.
_____/

## ORDER

**BEFORE THE COURT** are the Magistrate Judge's Report and Recommendation (Dkt. 4) and Plaintiff's Motion for Extension of Time to File Objection to Magistrate's Report and Recommendation (Dkt. 5). Upon consideration,

1) Plaintiff's Motion for Extension of Time to File Objection to Magistrate's Report and Recommendation (Dkt. 5) is DENIED.

2) The Report and Recommendation (Dkt. 4) is ADOPTED in full and made part of this order for all purposes, including appellate review.

3) Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2), which is construed as a motion for leave to proceed *in forma pauperis*, is DENIED *without prejudice*.

4) Plaintiff's Complaint (Dkt. 1) is DISMISSED *without prejudice*.

5) Plaintiff is GRANTED leave to file an amended complaint within **thirty (30) days** of the date of this order.

**DONE AND ORDERED** this 8th day of February, 2013.

                                                  JAMES D. WHITTEMORE
                                                United States District Judge

Copies to: Counsel of Record & Unrepresented Parties